SUPERIOR COURT
OF THE
DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 13, 2024

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : Criminal No: | GJO |
| v. | : | 2025 CF2 000570 |
| RICHARD LITTLE<br>PDID: 747-734<br>DCTN: U25000444 | : Violations:<br>: 22 D.C. Code, Sections 3211, 3212 (a);<br>: 22 D.C. Code, Section 3223(b)(1)(d)(2) (2001 ed.)<br>:<br>: (First Degree Theft; Credit Card Fraud) | |

The Grand Jury charges:

FIRST COUNT:

On or about January 9, 2024, within the District of Columbia, Richard Little wrongfully obtained and used property of a value of $1,000.00 or more, belonging to O.P., consisting of a motor vehicle, cash, bank cards, and other property of value, with the intent to appropriate the property for his own use and to deprive O.P. of a right to and benefit of the property. (First Degree Theft, in violation of 22 D.C. Code, Sections 3211, 3212 (a) (2001 ed.))

SECOND COUNT:

Between on or about January 9, 2024 and on or about January 10, 2024, within the District of Columbia, Richard Little, with intent to defraud, obtained property and services of a value of $1,000.00 or more belonging to Safeway, U.S. Fuel, City Mobile, Wells Fargo, and other institutions consisting of groceries, cash, or other items of value, by knowingly using a credit card issued to O.P., and the number and description thereof, without the consent of O.P. (Credit Card Fraud, in violation of 22 D.C. Code, Section 3223(b)(1)(d)(2) (2001 ed.))

*Matthew M. Graves /gs*
MATTHEW M. GRAVES
United States Attorney
in and for the District of Columbia

A TRUE BILL:

*Karen Qunn*
Foreperson